# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re  AMY LYNN CUSHMAN                         Case No. 12-35115-KRH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Target National Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 29262
    New York, NY 10087-9262

Court Claim # (if known):   3
Amount of Claim:   $2,562.48
Date Claim Filed:   10/03/2012

Phone: 610-644-7800                                    Phone:
Last Four Digits of Acct #:   0390                     Last Four Digits of Acct #:   0390
Last Four of Alternate Acct #:   8961                  Last Four of Alternate Acct #:   8961

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                              Date:   02/28/2013

    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

TAR30601

