210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 12-35115-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

Amy Lynn Cushman
6512 Monument Ave.
Richmond VA 23226

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 03/13/2013 (date).

Name and Address of Alleged Transferor:

Claim No. 3: TARGET NATIONAL BANK, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/16/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 12-35115-KRH
Amy Lynn Cushman                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: manleyc        Page 1 of 2        Date Rcvd: Mar 14, 2013
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11409941    +E-mail/Text: bncmail@w-legal.com Mar 15 2013 04:22:21    TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0422-7           User: manleyc              Page 2 of 2                   Date Rcvd: Mar 14, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2013 at the address(es) listed below:
          Ellen P. Ray    on behalf of Debtor Amy Cushman ellenray@earthlink.com,   mainstlaw@gmail.com
          Robert E. Hyman    station08@ricva.net,
           notices@access13.com;station03@ricva.net;station04@ricva.net;station05@ricva.net;station06@ricva.
           net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ric
           va.net;station12@ricva.net;station13@ricva.net
                                                                                                 TOTAL: 2